UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Bedard Controls, Inc., *on behalf of itself and all others similarly situated*,<br><br>         Plaintiffs,<br><br>    vs.<br><br>Duvera Billing Services, LLC d/b/a DF Merchant Advance, LLC and Duvera Financial,<br><br>         Defendants. | Case No.: 1:13-cv-00062-AWI-GSA<br><br>**ORDER** |

    Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

IT IS SO ORDERED.

Dated:  June 11, 2013                                  _____
                                                                       SENIOR  DISTRICT  JUDGE